IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DeMARIO CANNON**  **PLAINTIFF**
**#61175**

v.  3:20-cv-344-DPM-JJV

**KEITH BOWERS, Admin, Craighead
County Detention Center; TONI RAYMOND,
Assistant Jail Administrator, Craighead County
Jail; and MARTY BOYD, Sheriff, Craighead
County Sheriff Department**  **DEFENDANTS**

### ORDER

1. The Court withdraws the reference.

2. Cannon hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 December 2020