# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DEMARIO CANNON**                                                            **PLAINTIFF**
**#61175**


**v.**                          **No. 3:20-cv-344-DPM-JJV**


**KEITH BOWERS, Admin, Craighead**
**County Detention Center; TONI RAYMOND,**
**Assistant Jail Administrator, Craighead County**
**Jail; and MARTY BOYD, Sheriff, Craighead**
**County  Sheriff Department**                          **DEFENDANTS**

## JUDGMENT

Cannon's complaint is dismissed without prejudice.

*DPMarshall Jr.*
_____

D.P. Marshall Jr.
United States District Judge

3 December 2020