## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DEMARIO CANNON**
**ADC #155021**                                                    **PLAINTIFF**

**v.**                          **No. 3:20-cv-344-DPM**

**KEITH BOWERS, Admin,**
**Craighead County Detention Center;**
**TONI RAYMOND, Assistant Jail**
**Administrator, Craighead County**
**Jail; and MARTY BOYD, Sheriff,**
**Craighead County Sheriff Department**          **DEFENDANTS**

### ORDER

The Court appreciates Cannon's updated address and grants his motion, *Doc. 6*. The Court ordered Cannon to file an application to proceed *in forma pauperis* or pay the $400 filing and administrative fees by 30 November 2020. *Doc. 4*. When the deadline passed and Cannon had not complied with the Court's Order, the Court withdrew its reference and dismissed Cannon's complaint without prejudice. *Doc. 6*. Cannon therefore was not assessed any fees related to this case. The Court directs the Clerk mail Cannon a copy of the docket sheet in this case.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

21 November 2022